IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 3:21-cr-00068 |
| ) | Judge Aleta A. Trauger |
| ) | |
| DARRYL ALDERSON ) | |

## ORDER

Before the court is the "Motion of Defendant Darryl Alderson to Suppress the Fruits of the Successive Searches of 1212 Laurel Street, Apartment 1507, Nashville, Tennessee, on May 20, 2020, Both Triggered by a Prior Unreasonable Suspicionless Traffic Stop Conducted on April 17. 2020." (Doc. No. 43.) In light of all of the evidence in the record and the governing law, as set forth in the accompanying Memorandum, the motion is **GRANTED IN PART AND DENIED IN PART**.

More specifically, the motion is **GRANTED,** insofar as it seeks suppression of

(1) the evidence discovered and seized during and as a result of the traffic stop of the defendant on April 17, 2020 (evidence that supports Counts I, II, and III of the Superseding Indictment); and

(2) the evidence discovered and seized during the overlapping searches of the defendant's residence on May 20, 2020 (which supports Counts IV, V, and part of Count VI of the Superseding Indictment).

The motion is **DENIED**, insofar as it seeks suppression of the Glock GMBH, model 43X, 9mm caliber pistol found on the defendant's person during the search incident to his arrest on the

federal arrest warrant and/or state probation violation warrant on May 20, 2020, unlawful possession of which is charged as part of Count VI of the Superseding Indictment.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge